# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

––––––––––––––––––––––––––––––

No. 1D17-5379

––––––––––––––––––––––––––––––

SASHA N. PRINGLE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

––––––––––––––––––––––––––––––


On appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

February 12, 2019


PER CURIAM.

AFFIRMED.

ROBERTS, WETHERELL, and MAKAR, JJ., concur.

––––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––––

Sasha N. Pringle, pro se, Appellant.

Ashley B. Moody, Attorney General, and Daniel Krumbholz, Assistant Attorney General, Tallahassee, for Appellee.